AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

Each Count: 0 - 20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION and INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   STEPHEN R. CORRIGAN, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ SHRI DORAISWAMY

DISTRICT COURT NUMBER

**CR07-00444 DLJ**

*FILED JUL 12 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

Defendant Address:
1580 Clayton Road, #10
Concord, CA 94520

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: JULY 19, 2007; 10:00 AM

Before Judge: WAYNE D. BRAZIL, U.S. MAGISTRATE JUDGE

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**



UNITED STATES OF AMERICA,

V.

SHRI DORAISWAMY

E-filing

**CR07-00444** DLJ

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1343 - Wire Fraud

---

A true bill.

_____
Foreman

Filed in open court this _____ day of
_____

_____
Clerk

Bail, $ Summons for 7/26/07 before
_____
7-12-07

SCOTT N. SCHOOLS (SCB 9900)
United States Attorney

E-filing   FILED
2007 JUL 12 PM 1:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR07-00444 DLJ

| UNITED STATES OF AMERICA, | ) No. ▮▮▮▮▮▮▮ |
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 1343 - Wire Fraud |
| v. | ) |
| SHRI DORAISWAMY, | ) Oakland Venue |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

### THE SCHEME

1. Beginning in or about August 2001, and continuing to on or about August 27, 2005, in the Northern District of California, and elsewhere, the defendant,

SHRI DORAISWAMY,

did devise and intend to devise, a scheme and artifice to defraud victim Nancy M. as to material matters, and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and did knowingly transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, and sounds for the purpose of executing such scheme and artifice to defraud.

2. As part of the scheme to defraud, and to induce individuals to invest money with

the defendant, and to lull the investors into a false sense of security about their investments, defendant DORAISWAMY made, and caused to be made, the following material false statements to investor Nancy M:

    a. An initial investment of $100,000 would yield a return of $1,100,000 within a six-month period.

    b. The $100,000 investment would be used to finance a medical plan in South America.

    c. The $100,000 investment was secured by an equitable interest in an antique 16th century Spanish tapestry described as Charles V Duke of Alba Coat of Arms (tapestry), held in Vevey, Switzerland, valued at an amount greater than $3,000,000.

    d. The return on the $100,000 investment had been delayed due to a variety of reasons, but repayment was imminent.

3. It was also part of the scheme to defraud that defendant DORAISWAMY provided Nancy M. a "Certificate of Safekeeping Receipt" falsely representing that the document was an authentic original document that gave Nancy M. possessory interest in the tapestry if defendant DORAISWAMY defaulted on the investment agreement.

4. It was also a part of the scheme to defraud that defendant DORAISWAMY provided Nancy M. a document captioned "Payment Guarantee and Security Agreement" (Agreement) which included the terms and conditions of the investment, the return, and the security interest.

5. It was also part of the scheme to defraud that defendant DORAISWAMY faxed, e-mailed, and mailed to Nancy M. three separate addendums, each one extending the due dates for the return of the investment.

6. In furtherance of his scheme to defraud described in paragraphs 1 through 6 above, defendant DORAISWAMY transmitted, and caused to be transmitted, the interstate and foreign wire communications described below, each count constituting a separate violation of 18 U.S.C. § 1343. Each wire communication below was sent by

defendant DORAISWAMY through his AOL account in California and received by Nancy M. in Oregon and in other locations outside the State of California.

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| ONE | 07/16/02 | E-mail confirming that money will be available the following week. |
| TWO | 08/05/02 | E-mail requesting an extension of the payment due date until the end of August. |
| THREE | 10/12/02 | E-mail informing Nancy M. that disbursements will start next week. |
| FOUR | 10/25/02 | E-mail informing Nancy M. that she should expect to receive funds beginning the first week of November. |
| FIVE | 11/12/02 | E-mail informing Nancy M. that defendant DORAISWAMY has complete control of the funds and that she should expect a return on her investment beginning that Thursday. |
| SIX | 11/20/02 | E-mail informing Nancy M. that the payment schedule would begin the next week. |
| SEVEN | 11/20/02 12:30 p.m. | E-mail informing Nancy M. that defendant DORAISWAMY would wire the funds to her account, paying $100,000 in the first installment and another $50,000 to be paid by December 15, 2002. |
| EIGHT | 12/03/02 | E-mail informing Nancy M. that she would receive disbursements to her account in the form of wire transfers within days. |
| NINE | 12/11/02 | E-mail representing that defendant DORAISWAMY did not get paid as expected and that he is working to complete the transaction that week. |
| TEN | 02/24/03 | E-mail representing that defendant DORAISWAMY was resolving a problem that developed with the bank. |

| | | |
|---|---|---|
| ELEVEN | 03/13/03 | E-mail representing that defendant DORAISWAMY is expecting to complete a financial transaction the next week and to start paying her immediately thereafter. |
| TWELVE | 04/10/03 | E-mail representing that defendant DORAISWAMY is receiving investment funds into his account and past problems with the banks should be resolved in the next few days, clearing the way for deposits to be made to Nancy M. |
| THIRTEEN | 04/20/03 | E-mail representing that defendant DORAISWAMY expects to hear from the bank receiving the funds that week. |
| FOURTEEN | 06/05/03 | E-mail in which defendant DORAISWAMY denies Nancy M.'s complaint that he is ignoring her; instead, he informs her that since February he has successfully moved to within a day or two of the transfer of the investment funds into the company's account. |
| FIFTEEN | 08/13/03 | E-mail representing that the financial transaction is underway and that disbursements that Nancy M. should begin the next week. |
| SIXTEEN | 12/29/03 | E-mail representing that defendant DORAISWAMY expects to reimburse Nancy M. by December 31, 2003, or no later than January 5, 2004. |
| SEVENTEEN | 01/08/04 | E-mail representing that defendant DORAISWAMY will reimburse Nancy M.'s principle by February 15, 2004. |
| EIGHTEEN | 05/14/04 | E-mail representing that the closing will take another couple days. |
| NINETEEN | 07/05/04 | E-mail representing that the delay in the return of Nancy M.'s investment is due to a bank-to-bank confirmation. |

| | | |
|---|---|---|
| TWENTY | 08/27/05 | E-mail representing that defendant DORAISWAMY expects to make regular payments on the principle loan after the upcoming long weekend. |

Each in violation of Title 18, United States Code, Section 1343.

DATED:                                        A TRUE BILL.

_____ 7/12/2007
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: _____)
                        AUSA CORRIGAN

5