# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00444-1 DLJ (JCS) |
| Plaintiff, | <u>CJA CONTRIBUTION ORDER</u> |
| v. | |
| SHRI DORAISWAMY, | |
| Defendant(s). | |

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C. Section 3006(A),

IT IS HEREBY ORDERED THAT:

<u>X</u>   The defendant is liable for a contribution of $500.00 per month, until the case is concluded or until further order of Court, commencing:

    ____   That certain date of and the same day each month thereafter;

    ____   The first day of ____ and the first day of each month thereafter.

    <u>X</u>   Other: Amount may be adjusted based on income.

____   The defendant is liable for a one-time contribution of $____, due by:___

    ____   That certain date of_____;

    ____   Other:

Dated: August 17, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge