UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  9/14/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                  **No.** CR-07-00444-DLJ

**Defendant:** Shri Doraiswamy [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Hilary Fox

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

SETTING/STAT                   -HELD

**Notes:**

**Case Continued to:** 10/19/07 AT 9:00AM     for   STATUS

**Case Continued to:**        for

**Case Continued to:**     for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**              for Pretrial Conference
**Case Continued to**       for        Trial

**Excludable Delay: Category: Begins:** 9/14/07   **Ends:** 10/19/07