UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  10/19/07

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                        **No.**  CR-07-00444-DLJ

**Defendant:** SHRI  DORAISWAMY [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Hilary Fox

**Interpreter:** none

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STATUS                              -HELD

**Notes:**

**Case Continued to:** 11/9/07 AT 9:00AM     for  STATUS

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**               for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**  10/19/07     **Ends:**  11/9/07