UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  **11/9/07**

**Clerk: Frances Stone**
**Court Reporter: STARR WILSON**

**Plaintiff:**  United States

**v.**                                                                                              **No.**  CR-07-00444-DLJ

**Defendant:**     Shri Doraiswamy [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Hilary Fox

**Interpreter:** <u>not needed</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                               -HELD

**Notes:**

**Case Continued to:**   12/7/07 AT 9:00AM      for    STATUS

**Case Continued to:**           for

**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**            for              Trial

**Excludable Delay: Category: Begins:**   11/9/07    **Ends:**  12/7/07