UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  12/7/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                    **No.** CR-07-00444-DLJ

**Defendant:**  SHRI  DORAISWAMY [present; in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Hilary Fox

**Interpreter:** <u>not needed</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| STATUS | -HELD |

**Notes:**

**Case Continued to**   1/18/08 AT 9:00AM   for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                         for Pretrial Conference
**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**   12/7/07         **Ends:** 1/18/08