UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**AMENDED Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  12/7/07

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

v.                                                                  **No.** CR-07-00444-DLJ

**Defendant:** SHRI  DORAISWAMY [present; **not in custody**] **

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Hilary Fox

**Interpreter:** not needed

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**   1/18/08 AT 9:00AM   for  STATUS

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                   for Pretrial Conference
**Case Continued to**         for             Trial

**Excludable Delay: Category: Begins:**   12/7/07        **Ends:** 1/18/08

Case 4:07-cr-00444-DLJ     Document 11     Filed 12/07/2007     Page 2 of 2