UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  1/18/08

**Clerk:** Frances Stone
**Court Reporter:** Raynee Mercado

**Plaintiff:**  United States

**v.**                                                                                    **No.** CR-07-00444-DLJ

**Defendant:**  Shri Doraiswamy[present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** not needed
**Probation Officer:**

**Reason for Hearing:**             **Ruling:**

Status                                           -HELD

**Notes:**  Rebecca Silbert  to file a notice of substitution of attorney as to the defendant.

**Case Continued to**      **for**

**Case Continued to:**  2/29/08 at 9:00AM         **for Change of Plea or Trial Setting**

**Case Continued to:**           **for**
**Motions to be filed by:**        **Opposition Due:**
**Case Continued to**                             **for Pretrial Conference**
**Case Continued to**          **for**             **Trial**

**Excludable Delay: Category:  Begins:**  1/18/08        **Ends:** 2/29/08

Case 4:07-cr-00444-DLJ    Document 12    Filed 01/18/2008    Page 2 of 2