```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  REBECCA SULLIVAN SILBERT
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant DORAISWAMY
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   No. CR 07-00444-DLJ
                                  )
12              Plaintiff,        )   NOTICE OF ATTORNEY APPEARANCE
                                  )
13  vs.                           )
                                  )
14  SHRI DORAISWAMY,              )
                                  )
15              Defendant.        )
    _____)
16
```

17    The Federal Public Defender was previously appointed as counsel for defendant in the

18 above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel,

19 Assistant Federal Public Defender Rebecca Silbert, enters her general appearance for defendant.

20 Counsel's contact information is listed above.

21 Dated: 01/16/08

22                           Respectfully submitted,

23                           BARRY J. PORTMAN
                             Federal Public Defender
24
                                    /S/
25
                             REBECCA SULLIVAN SILBERT
26                           Assistant Federal Public Defender

Attorney Appearance                              1