```
1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DORAISWAMY
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   No. CR-07-00444 DLJ
                                    )
12          Plaintiff,              )   DECLARATION IN SUPPORT OF
                                    )   UNOPPOSED APPLICATION, AND
13 vs.                              )   APPLICATION FOR ORDER
                                    )   AUTHORIZING INDIGENT SUBPOENA
14 SHRI DORAISWAMY,                 )   UNDER FEDERAL RULES OF
                                    )   CRIMINAL PROCEDURE 17(b) AND (c)
15          Defendant.              )
   _____  )
16
```

17  I, REBECCA SULLIVAN SILBERT, make the following declarations under penalty of perjury:

18  1)   I am an Assistant Federal Public Defender appointed to represent Shri Doraiswamy in the
19       above captioned case.
20  2)   I am informed and believe, and on the basis of said information and belief allege, that Mr.
21       Doraiswamy is unable to pay for expenses in connection with the duplication of the
22       materials listed in the attached subpoena;
23  3)   This request seeks one subpoena duces tecum for Bank of America. The proposed
24       subpoena is attached. I believe all information requested is relevant, necessary and
25       material to a fair determination of this case at trial.
26  4)   Mr. Doraiswamy is charged with wire fraud relating to investments with which he was

Subpoena App                                1

1	involved between approximately 2000 and 2003. The government has produced certain
2	financial records that are relevant to this case because they reflect the financial
3	transactions made by Mr. Doraiswamy between 2000 and 2003. The records are relevant,
4	necessary and material to the alleged loss amount, as well as to Mr. Doraiswamy's state
5	of mind (which is at issue in the case), because, among other things, the government
6	argues that Mr. Doraiswamy's movement of monies is proof of his intent to defraud.

7	5)	In some instances, the financial records produced by the government are incomplete or
8	illegible. Attached to this Declaration and Application is the proposed subpoena and
9	attachment. The attachment lists those documents that we are missing or cannot read, and
10	that we are requesting through the subpoena. The requested documents are relevant,
11	necessary and material because the defense cannot fully understand the financial
12	transactions at issue with incomplete documentation. These documents will be highly
13	relevant and material to the defense case at trial.

14	6)	It is counsel's understanding that most financial institutions destroy all documents after
15	seven years. Waiting until trial to obtain the documents may therefore result in the
16	destruction and unavailability of relevant and material documents.

17	7)	It is my professional judgment and opinion that the production of the requested materials
18	is necessary to a full and fair trial for the above-named defendant. It is similarly my
19	professional judgment and opinion that production of the requested materials prior to the
20	trial is essential to enable the preparation of the defense in this case and to ensure a fair
21	trial for the defendant. Additional investigation will likely need to be conducted after
22	defendant obtains the requested information in order to locate and interview potential
23	witnesses or additional documents. Advance production is therefore necessary to prevent
24	delay or interruption of the trial.

25	8)	It has been my experience that financial institutions request at least 15 business days from
26	the date they are served to comply with a subpoena. The return date on the requested

1      subpoena is therefore 20 business days from the date of this Application.

2  9)     I have spoken with AUSA Stephen Corrigan, and it is my understanding that he will not

3      be opposing the requested subpoena.

4  10)    For all of these reasons, I respectfully request that the Court issue an order:

5     1)     authorizing the issuance of the subpoena for copies of Bank of America records;

6     2)     authorizing the costs of fees and expenses associated with production of the

7 materials so subpoenaed to be paid as if subpoenaed by the government;

8     3)     allowing the option of the production of the documents to the Federal Public

9 Defender on or before March 28, 2008.

11 Dated: 2/28/08

12                                  Respectfully submitted,

13                                  BARRY J. PORTMAN
                                   Federal Public Defender

14

15                                  /S/

16                                  REBECCA SULLIVAN SILBERT
                                 Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHRI DORAISWAMY,<br><br>        Defendant. | No. CR 07-00444 DLJ<br><br>[PROPOSED] ORDER AUTHORIZING SUBPOENA |

    On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the following subpoena issue for the specified Bank of America records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

    IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before March 28, 2008.

DATED:

                                       _____
                                       HON. D. LOWELL JENSEN
                                       United States District Judge