CAND 89B  (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America

V.

Shri Doraiswamy

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

Case Number:  CR 07-00444 DLJ

TO:  Custodian of Records
     Bank of America

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom 1 D. Lowell Jensen |

DATE AND TIME
March 28, 2008
9:00 AM

If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

The following document(s) or object(s) shall be produced:

SEE ATTACHMENT A

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking | February 28, 2008 |
| (By) Deputy Clerk | |

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

Rebecca Silbert, Assistant Federal Public Defender
555-12th Street, Suite 650
Oakland, CA 94607
(510) 637-3500                    Investigator: Frank Tamburello

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

## PROOF OF SERVICE

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☑ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____            _____
                            DATE                                SIGNATURE OF SERVER

                                                        _____
                                                        ADDRESS OF SERVER

                                                        _____

ADDITIONAL INFORMATION

<u>Attachment A – Bank of America (page 1 of 4)</u>

<u>Business checking account #10957-04991 for Epoch International</u>

The following records from this account are requested:

1.  Copies of any cashier's checks purchased from/against this account.

2.  Copies of the following checks written against this account:

| Date Posted | Check No. | Amount | Date Posted | Check No. | Amount |
|---|---|---|---|---|---|
| 03/02/00 | 1162 | $16.74 | 10/03/00 | 1117 | $231.35 |
| 03/02/00 | 1163 | $37.86 | 10/03/00 | 1118 | $373.00 |
| 03/02/00 | 1165 | $400.00 | 10/03/00 | 1147 | $125.00 |
| 03/14/00 | 1167 | $232.08 | 10/04/00 | 1122 | $200.00 |
| 03/29/00 | 1169 | $51.00 | 10/11/00 | 1120 | $277.14 |
| 03/31/00 | 1173 | $30.00 | 10/13/00 | 1121 | $50.00 |
| 04/03/00 | 1171 | $61.00 | 11/06/00 | 1310 | $1,500.00 |
| 04/03/00 | 1172 | $806.90 | 11/06/00 | 1311 | $4,400.00 |
| 04/05/00 | 1170 | $19.57 | 11/06/00 | 1312 | $1,650.00 |
| 04/17/00 | 1174 | $13.26 | 11/08/00 | 1315 | $3,500.00 |
| 04/27/00 | 1175 | $2,700.00 | 11/09/00 | 1316 | $371.72 |
| 05/08/00 | 1032 | $1,300.00 | 11/09/00 | 1317 | $300.00 |
| 05/09/00 | 1034 | $1,200.00 | 11/15/00 | 1122 | $50.00 |
| 05/10/00 | 1035 | $200.00 | 11/28/00 | 1314 | $193.77 |
| 05/11/00 | 1036 | $0.80 | 12/04/00 | 124 | $200.00 |
| 05/15/00 | 1037 | $13.26 | 12/12/00 | 1319 | $500.00 |
| 05/15/00 | 1040 | $1,000.00 | 12/26/00 | 1123 | $50.00 |
| 05/15/00 | 1042 | $1,500.00 | 01/03/01 | 1125 | $200.00 |
| 05/17/00 | 1043 | $5,000.00 | 01/10/01 | 1324 | $230.42 |
| 05/18/00 | 1044 | $1,306.99 | 01/10/01 | 1325 | $4,000.00 |
| 05/19/00 | 1048 | $1,000.00 | 01/11/01 | 9000 | $125.00 |
| 05/23/00 | 1050 | $500.00 | 01/16/01 | 1329 | $2,000.00 |
| 06/06/00 | 1055 | $400.00 | 01/17/01 | 1327 | $496.39 |
| 06/07/00 | 1057 | $1,000.00 | 01/17/01 | 1328 | $1,100.00 |
| 06/21/00 | 1059 | $400.00 | 01/17/01 | 1330 | $600.00 |
| 07/06/00 | 1071 | $1,300.00 | 01/18/01 | 1321 | $304.35 |
| 07/07/00 | 1063 | $100.00 | 01/22/01 | 1181 | $856.55 |
| 07/10/00 | 1068 | $2,378.38 | 01/22/01 | 1183 | $200.00 |

Attachment A – Bank of America (page 2 of 4)

| Date Posted | Check No. | Amount | Date Posted | Check No. | Amount |
|---|---|---|---|---|---|
| 07/11/00 | 1061 | $1,413.29 | 01/23/01 | 1185 | $3,300.00 |
| 07/14/00 | 1074 | $197.00 | 02/07/01 | 1184 | $295.00 |
| 07/14/00 | 1076 | $300.00 | 02/12/01 | 1193 | $615.48 |
| 07/17/00 | 1075 | $1,500.00 | 02/21/01 | 1199 | $600.00 |
| 07/17/00 | 1077 | $1,000.00 | 02/23/01 | 1201 | $150.00 |
| 07/18/00 | 1083 | $500.00 | 02/27/01 | 1200 | $269.00 |
| 08/01/00 | 1087 | $177.50 | 03/05/01 | 1202 | $24.95 |
| 08/01/00 | 1088 | $127.50 | 03/06/01 | 1212 | $300.00 |
| 08/02/00 | 1072 | $27.00 | 03/07/01 | 1213 | $500.00 |
| 08/04/00 | 1062 | $750.00 | 03/07/01 | 1214 | $1,055.12 |
| 08/04/00 | 1064 | $100.00 | 04/04/01 | 1229 | $4,800.00 |
| 08/10/00 | 1127 | $231.00 | 04/25/01 | 1241 | $57.75 |
| 08/11/00 | 1090 | $3,300.00 | 05/23/01 | 1256 | $98.07 |
| 08/11/00 | 1128 | $1,000.00 | 06/04/01 | 1261 | $350.00 |
| 08/18/00 | 1132 | $17.00 | 06/15/01 | 1266 | $163.05 |
| 08/21/00 | 1129 | $43.42 | 08/02/01 | 1 | $100.00 |
| 08/29/00 | 1142 | $5,000.00 | 08/02/01 | 1281 | $121.62 |
| 09/01/00 | 1095 | $22.57 | 08/02/01 | 9010 | $150.00 |
| 09/01/00 | 1145 | $46.02 | 08/17/01 | 1331 | $50.00 |
| 09/05/00 | 1099 | $30.00 | 08/17/01 | 1332 | $344.25 |
| 09/05/00 | 1121 | $700.00 | 08/31/01 | 1287 | $23.15 |
| 09/06/00 | 1098 | $25.00 | 09/04/01 | 2 | $100.00 |
| 09/06/00 | 1103 | $2,000.00 | 09/04/01 | 1282 | $121.62 |
| 09/07/00 | 1065 | $100.00 | 09/05/01 | 9011 | $150.00 |
| 09/07/00 | 1107 | $1,000.00 | 09/11/01 | 1293 | $600.00 |
| 09/18/00 | 1108 | $43.42 | 09/27/01 | 1342 | $50.00 |
| 09/20/00 | 1113 | $400.00 | 10/01/01 | 1033 | $2,000.00 |
| 09/21/00 | 1100 | $15.34 | 10/02/01 | 3 | $100.00 |
| 09/21/00 | 1102 | $16.64 | 10/02/01 | 1346 | $4,000.00 |
| 09/22/00 | 1110 | $13.30 | 10/03/01 | 9012 | $150.00 |
| 09/26/00 | 1114 | $257.00 | 10/17/01 | 1283 | $121.62 |
| 09/29/00 | 1116 | $750.00 | 11/09/01 | 1357 | $28.08 |

Attachment A -- Bank of America (page 3 of 4)

Any records relating to the following withdrawals from the account (cash-out tickets, withdrawal slips, cashier's checks, etc...):

| Date Posted | Amount | Date Posted | Amount |
|---|---|---|---|
| 05/18/00 | $772.00 | 03/07/01 | $60.00 |
| 05/22/00 | $250.00 | 03/14/01 | $20.00 |
| 05/22/00 | $800.00 | 03/21/01 | $30.00 |
| 07/12/00 | $1,536.00 | 04/23/01 | $36.00 |
| 07/13/00 | $1,000.00 | 04/23/01 | $1,301.00 |
| 07/25/00 | $100.00 | 04/24/01 | $2,500.00 |
| 08/01/00 | $100.00 | 04/25/01 | $45.00 |
| 08/02/00 | $700.00 | 04/30/01 | $30.00 |
| 08/31/00 | $54.00 | 05/23/01 | $45.00 |
| 09/05/00 | $30.00 | 05/23/01 | $2,300.00 |
| 09/07/00 | $45.00 | 05/24/01 | $45.00 |
| 09/29/00 | $12,500.00 | 05/24/01 | $2,500.00 |
| 10/02/00 | $45.00 | 06/07/01 | $4,000.00 |
| 11/06/00 | $30.00 | 06/11/01 | $1,100.00 |
| 12/06/00 | $45.00 | 06/13/01 | $1,533.07 |
| 12/12/00 | $45.00 | 06/15/01 | $100.00 |
| 01/12/01 | $3,000.00 | 07/25/01 | $19.99 |
| 01/16/01 | $30.00 | 07/25/01 | $2,500.00 |
| 01/23/01 | $200,000.00 | 08/07/01 | $400.00 |
| 02/06/01 | $20.00 | 09/14/01 | $800.00 |
| 02/08/01 | $455.15 | 09/20/01 | $1,600.00 |
| 02/15/01 | $900.00 | 09/20/01 | $15,812.00 |
| 02/26/01 | $30.00 | 11/13/01 | $5,100.00 |
| 02/26/01 | $30.00 | 11/13/01 | $25,000.00 |
| 03/07/01 | $30.00 | 11/15/01 | $40,000.00 |
| 03/07/01 | $30.00 | | |

<u>Attachment A – Bank of America (page 4 of 4)</u>

All deposit items, including deposit slips, deposited checks, cash-in tickets, and records relating to wire transfers of funds into the account, for the following deposits:

| Date Posted | Deposit Amount | Date Posted | Deposit Amount |
|---|---|---|---|
| 05/24/00 | $25,000.00 | 01/12/01 | $200,000.00 |
| 05/26/00 | $1,000.00 | 02/14/01 | $1,500.00 |
| 06/30/00 | $100.00 | 02/20/01 | $8,000.00 |
| 08/10/00 | $10,000.00 | 03/07/01 | $500.00 |
| 08/31/00 | $2,000.00 | 05/02/01 | $295.00 |
| 09/29/00 | $5,000.00 | 06/04/01 | $2,850.00 |
| 11/15/00 | $1,000.00 | 08/21/01 | $383.98 |
| 01/09/01 | $300.00 | 10/11/01 | $175.00 |
| 01/09/01 | $5,000.00 | 11/13/01 | $3,000.00 |