CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Shri Doraiswamy

**SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**

Case Number: CR 07-00444 DLJ

TO: Custodian of Records
Charles Schwab

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 1<br>D. Lowell Jensen<br><br>**DATE AND TIME**<br>March 28, 2008<br>9:00 AM |

If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

The following document(s) or object(s) shall be produced:

### SEE ATTACHMENT A

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>Richard W. Wieking<br>(By) Deputy Clerk<br>*[signature]* | DATE<br>February 28, 2008 |
|---|---|

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

Rebecca Silbert, Assistant Federal Public Defender
555-12th Street, Suite 650
Oakland, CA 94607
(510) 637-3500                  Investigator: Frank Tamburello

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☑ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

ADDITIONAL INFORMATION

Attachment A – Charles Schwab

1. <u>Brokerage account no. 2917-7541, for Shri Doraiswamy</u>:

    All deposit items, including any deposited checks and records relating to wire transfers of funds into account. Specifically: wire deposits on 2/23/01, 3/1/01, 3/6/01, 3/16/01 (two transfers). Other deposits on 2/6/01 and 3/15/01 (and information relating to NSF return 3/19/01).

    Withdrawals: any records relating to withdrawals from the account, including withdrawal slips, wire transfer records, cashiers checks, and all checks written against account, including check no.'s: 451, 452, 453, 457, 461, 463, 464, 467, 469, 470, 491, 492, 493, 1814782, 1814892.

2. <u>Asset Management account no. 1874-1651, for Swaraj LLC</u>:

    All documents relating to this account, including: statements, deposit slips, deposit items, wire transfer records, checks written against account, other withdrawals.