CAND 89B  (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Shri Doraiswamy

**SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE**

Case Number:  CR 07-00444 DLJ

TO:  Custodian of Records
Union Bank

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below. If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents *in camera*, or to permit production only pursuant to a protective order.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom 1 D. Lowell Jensen |

DATE AND TIME
March 28, 2008
9:00 AM

　　　　If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.

The following document(s) or object(s) shall be produced:

## SEE ATTACHMENT A

NOTE: Parties requesting a subpoena requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
Richard W. Wieking

(By) Deputy Clerk

DATE

February 28, 2008

ATTORNEY NAME, ADDRESS AND PHONE NUMBER:

Rebecca Silbert, Assistant Federal Public Defender
555-12th Street, Suite 650
Oakland, CA  94607
(510) 637-3500　　　　　　　　Investigator: Frank Tamburello

CAND 89B (Rev. 1/06) Subpoena to Produce Documents or Objects in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☑ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
           DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

<u>Attachment A – Union Bank (page 1)</u>

<u>Checking account in the name Rajeswari V. Doraiswamy, number 1181081298</u>

The following records from this account are requested:

1. All deposit items, including deposit slips, deposited checks, cash-in tickets, and records relating to wire transfers of funds into the account, for the following deposits:

| Date Posted | Amount | Date Posted | Amount |
|---|---|---|---|
| 5/14/02 | $800.00 | 9/23/02 | $500.00 |
| 5/23/02 | $300.00 | 9/26/02 | $300.00 |
| 6/27/02 | $150.00 | 10/3/02 | $250.00 |
| 6/27/02 | $140.00 | 10/23/02 | $150.00 |
| 6/28/02 | $150.00 | 10/28/02 | $50.00 |
| 7/11/02 | $400.00 | 12/30/02 | $400.00 |
| 7/22/02 | $400.00 | 1/9/03 | $255.00 |
| 7/31/02 | $700.00 | 2/25/03 | $220.00 |
| 8/14/02 | $500.00 | 3/5/03 | $250.00 |
| 9/3/02 | $3,500.00 | 3/19/03 | $75.73 |
| 9/18/02 | $330.00 | 4/7/03 | $500.00 |
| 9/19/02 | $600.00 | 4/9/03 | $11.00 |
| 9/23/02 | $100.00 | 4/30/03 | $10,000.00 |

2. All records relating to the following withdrawals from the account (cash-out tickets, withdrawal slips, cashier's checks):

| Date Posted | Withdrawal/Debit Amount |
|---|---|
| 9/30/02 | $ 2,080.00 |
| 11/6/02 | $ 1,400.00 |
| 11/27/02 | $ 6,000.00 |
| 12/5/02 | $ 3,000.00 |
| 12/20/02 | $ 7,000.00 |
| 1/24/03 | $29,007.00 |
| 1/31/03 | $ 2,500.00 |
| 1/31/03 | $15,000.00 |
| 2/18/03 | $ 1,600.00 |

3. All records relating to the following wire transfers of funds out of the account: $500 on 7/11/02, $250 on 7/17/02, $1500 on 11/29/02, and $350 on 12/30/02.

Continued....

Attachment A – Union Bank (page 2)

4.  Copies of the following checks written against the account:

| Date Posted | Check No. | Amount | Date Posted | Check No. | Amount |
|---|---|---|---|---|---|
| 12/27/02 | 0 | $100.00 | 9/20/02 | 150 | $242.00 |
| 5/22/02 | 96 | $550.00 | 9/24/02 | 151 | $221.89 |
| 5/29/02 | 97 | $500.00 | 10/1/02 | 155 | $172.00 |
| 7/2/02 | 102 | $300.00 | 1/3/03 | 1180 | $500.00 |
| 7/8/02 | 104 | $78.20 | 1/3/03 | 2274 | $100.00 |
| 7/17/02 | 109 | $15.50 | 2/19/03 | 103608 | $337.36 |
| 7/18/02 | 111 | $694.50 | 2/24/03 | 103609 | $610.00 |
| 7/15/02 | 112 | $54.00 | 6/21/02 | 801873 | $417.90 |
| 7/18/02 | 115 | $108.24 | 6/25/02 | 801873 | $417.90 |
| 7/18/02 | 117 | $420.43 | 3/14/03 | 802172 | $800.00 |
| 7/31/02 | 121 | $750.00 | 12/18/02 | 802186 | $15.86 |
| 8/2/02 | 123 | $38.00 | 12/19/02 | 802188 | $750.00 |
| 8/20/02 | 124 | $448.72 | 3/28/03 | 802255 | $25.00 |
| 8/9/02 | 128 | $400.00 | 4/2/03 | 802255 | $25.00 |
| 8/22/02 | 132 | $277.11 | 1/15/03 | 802271 | $14.21 |
| 9/6/02 | 135 | $401.30 | 1/9/03 | 802275 | $500.00 |
| 9/11/02 | 135 | $401.30 | 1/22/03 | 802359 | $531.76 |
| 9/5/02 | 143 | $400.00 | 1/29/03 | 802359 | $531.76 |
| 9/12/02 | 146 | $22.09 | 3/12/03 | 802393 | $100.00 |
| 9/17/02 | 146 | $22.09 | 4/28/03 | 802680 | $5,000.00 |
| 9/19/02 | 149 | $500.00 | 8/12/02 | 127 | $194.00 |