BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DORAISWAMY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                               )<br>                      Plaintiff,             )<br>                                                               )<br>vs.                                                         )<br>                                                               )<br>SHRI DORAISWAMY,                       )<br>                                                               )<br>                      Defendant.          )<br>_____) | No. CR-07-00444 DLJ<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS APPEARANCE<br><br>Current Date: February 29, 2008<br>Requested Date: March 14, 2008 |

     Mr. Doraiswamy is charged with multiple counts of wire and mail fraud involving financial transactions from 2001 through 2005. The government had provided discovery to the defense. The discovery includes bank records from Bank of America, Union Bank of California, Morgan Stanley Dean Whitter, Edward Jones, Charles Schwab, and Home Savings of America (Washington Mutual). The defense has organized and catalogued the financial records, and believes that certain records are missing. The defense is preparing subpoenas for the financial institutions; those subpoenas should be on file with the Court by Friday, February 29. In the meantime, the parties are continuing to discuss resolution of this case.

     Because the defense would like to receive and review the financial documents, and because plea discussions are continuing, the parties stipulate and request that this matter be

Stip. To Continue to 3/14                               1

1  continued to March 14, 2008 at 9:00 a.m. for status.

2       In addition, the parties stipulate and request that time be excluded between February 29,
3  2008 and March 14, 2008 for effective preparation of counsel, so that the defense can further
4  investigate the status of the missing financial documents, and so that discussions can continue.
5  The parties agree that the ends of justice served by the continuance requested herein outweigh
6  the best interest of the public and the defendant in a speedy trial, because the failure to grant the
7  continuance would deny counsel for the defendant the reasonable time necessary for effective
8  preparation, taking into account the exercise of due diligence.  Time should therefore be
9  excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), and § 3161(h)(8)(A) and (B)(iv).

10

11
   2/28/08                                                  /S/
12
   Date                                                     Rebecca Sullivan Silbert
13                                                          Counsel for defendant Shri Doraiswamy

14

15
   2/28/08                                                  /S/
16
   Date                                                     Steve Corrigan
17                                                          Assistant United States Attorney

18  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.
19

20                                          **ORDER**

21

22       Based on the reasons provided in the stipulation of the parties above, the Court continues
23  this matter to March 14, 2008 at 9:00 a.m.  The Court further finds that the ends of justice served
24  by the continuance requested herein outweigh the best interest of the public and the defendant in
25  a speedy trial because the failure to grant the continuance would deny the counsel for the
26  defendant the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. The Court makes this finding because of the missing financial records, and because of the ongoing discussions between the parties.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 14, 2008 at 9:00 a.m.., and that time is excluded from February 29, 2008 to March 14, 2008 pursuant to 18 U.S.C. §§3161(h)(1)(F) and (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

February 29, 2008
Date

Honorable D. Lowell Jensen
Judge, United States District Court
Northern District of California

Stip. To Continue to 3/14                    3