IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                              Plaintiff,  )<br>                                                     )<br>vs.                                              )<br>                                                     )<br>SHRI DORAISWAMY,                  )<br>                                                     )<br>                              Defendant.  )<br>_____) | No. CR 07-00444 DLJ<br><br>ORDER AUTHORIZING<br>SUBPOENA |

   On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

   IT IS HEREBY ORDERED that the following subpoena issue for the specified Charles Schwab records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

   IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before March 28, 2008.

DATED: February 29, 2008

_____
HON. D. LOWELL JENSEN
United States District Judge

Subpoena App                                               4