IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SHRI DORAISWAMY,<br><br>　　　　　　　　　Defendant. | No. CR 07-00444 DLJ<br><br>ORDER AUTHORIZING SUBPOENA |

　　　On the motion of the defendant pursuant to rule 17(b) and (c) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the following subpoena issue for the specified Bank of America records, and that the fees and expenses associated with production of the materials so subpoenaed shall be paid as if subpoenaed by the government.

　　　IT IS FURTHER ORDERED that the subpoenas allow the option of the production of the material to the Federal Public Defender on or before March 28, 2008.

DATED: February 29, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. D. LOWELL JENSEN
　　　　　　　　　　　　　　　　United States District Judge

Subpoena App　　　　　　　　　　　　　　4