UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 3/14/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                      **No.** CR-07-00444-DLJ

**Defendant:** Shri Dorais wamy [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
STATUS                             -HELD

**Notes:**

**Case Continued to**   4/11/08 AT 9:00AM   for  STATUS

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**      Opposition Due:
**Case Continued to**                for Pretrial Conference

**Case Continued to**       for         Trial

**Excludable Delay: Category: Begins:**  3/14/08        **Ends:** 4/11/08