**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  **4/11/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                                              **No.** CR-07-00444-DLJ

**Defendant:** Shri Doraiswamy [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** <u>not needed</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to**     5/23/08 AT 9:00AM            for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                          for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**     4/11/08       **Ends:** 5/23/08