UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                           **No.** CR-07-00444-DLJ

**Defendant:** Shri Doraiswamy [present; not in custody]

**Appearances for AUSA:** Steve Corrigan

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** <u>not needed</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |

**Notes:**

**Case Continued to   6/20/08 AT 9:00AM   for  Status/or Change of Plea**

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                         for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:   5/23/08        Ends: 6/20/08**