UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                              **No.** CR-07-00444-DLJ

**Defendant:** Shri Doraiswamy [present; not in custody]

**Appearances for AUSA:** Stephen Corrigan

**Appearances for Defendant:** Rebecca Silbert

**Interpreter:** not needed

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                               -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to**   7/11/08 at 9:00AM  for  TRIAL SETTING OR /CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                for Pretrial Conference

**Case Continued to**        for          Trial

**Excludable Delay: Category: Begins:  6/20/08        Ends: 7/11/08**