9AM

948-958

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CRIMINAL PRETRIAL MINUTE ORDER

Date: 7/11/08

Case No: CR-07-00444-DLJ            Judge: D. Lowell Jensen

Reporter: IRENE RODRIGUEZ           Clerk: Frances Stone

Defendant(s):                                                      Defense Counsel:

SHRI DORAISWAMY    Present? Y    In Custody? N    REBECCA SILBERT

US Attorney: STEPHEN CORRIGAN      Interpreter:                US Probation Officer:

Reason for Hearing:                                              Ruling:

~~TRIAL SETTING OR~~ CHANGE OF PLEA — HELD GUILTY PLEA TO COUNT ONE OF THE INDICTMENT PLEA IS WITH CONSENT OF COUNSEL, PLEA IS ACCEPTED AND ENTERED.

Notes: GOV MO TO DISMISS REMAINING COUNTS 2-20 DEFERRED TO SENTENCING DATE

Case continued to: 10/17/08 AT 10:00 AM for SENTENCING

CC: PROBATION