UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Number | CR-07-00444-01-DLJ |
| Defendant's Name | **SHRI DORAISWAMY** |
| Defendant's Counsel | Rebecca Silbert |
| Due Date | 10/17/08 AT 10AM |

___1___ Courtroom          Floor __4th__

~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~

**The Court has directed that a:**

___XX___ Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: **July 11, 2008**

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____
_____