BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant DORAISWAMY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                        Plaintiff,           )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>SHRI DORAISWAMY,                          )<br>                                                              )<br>                        Defendant.        )<br>_____) | No. CR-07-00444 DLJ<br><br>STIPULATION AND ORDER MODIFYING CONDITION OF PROBATION TO REDUCE ELECTRONIC MONITORING BY 14 DAYS |

      This Court sentenced Mr. Doraiswamy on October 20, 2008 to three years' probation with six months home confinement.  Although this is still a Northern District of California case, Mr. Doraiswamy has been courtesy supervised since sentencing by the probation office in Houston, Texas, where Mr. Doraiswamy is living.  Counsel for Mr. Doraiswamy has been informed that Mr. Doraiswamy has lost his job, has been unable to find new employment in the Houston area, and has been unable to pay his rent in Houston.  Mr. Doraiswamy has asked his probation officer for permission to move to Michigan at the end of this month, because he has family there with whom Mr. Doraiswamy and his wife can stay.  The probation officer does not object.  However, Mr. Doraiswamy's home confinement is not scheduled to end until May 13.

Modify terms of probation to reduce confinement            1

On April 15, 2009, the probation officer in Houston informed counsel for Mr. Doraiswamy that "we do not object" to a reduction in Mr. Doraiswamy's home confinement by two weeks, so that Mr. Doraiswamy and his wife can move out of their Houston apartment at the end of April. Government counsel similarly has no objection. Therefore, that parties stipulate and agree that Mr. Doraiswamy's home confinement may be modified to be reduced by two weeks.

|  |  |
|---|---|
|  | /S/ |
| 4-10-09 |  |
| Date | Rebecca Sullivan Silbert |
|  | Counsel for defendant Shri Doraiswamy |

|  |  |
|---|---|
|  | /S/ |
| 4-15-09 |  |
| Date | Steve Corrigan |
|  | Assistant United States Attorney |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the Shri Doraiswamy's conditions of probation are modified to reduce the term of home detention by two weeks.

IT IS SO ORDERED.

**April 17, 2009**

Date                                      Honorable D. Lowell Jensen
                                           Judge, United States District Court
                                           Northern District of California