1   BARRY J. PORTMAN
Federal Public Defender
2   JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3   555 - 12th Street
Suite 650
4   Oakland, CA 94607-3627
Telephone:  (510) 637-3500
5
Counsel for Defendant DORAISWAMY
6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )     No. CR-07-00444-DLJ
                                        )
12                   Plaintiff,         )     STIPULATION TO MODIFY PROBATION
                                        )     CONDITIONS;  **ORDER**
13   vs.                                )
                                        )
14   SHRI DORAISWAMY,                   )
                                        )
15                   Defendant.         )
     _____)
16

17          Whereas, Mr. Doraiswamy is currently supervised in Houston, Texas, but has found work

18   and a residence in the area of Vancouver, Washington, and

19          Whereas, Mr. Doraiswamy requests, based on protecting the psychological well-being of

20   his immediate family, to not have his immediate family notified of his conviction or supervision

21   status, either by direct notification, or by unannounced home visits, and

22          Whereas, Officer Charlie Mabie of the Northern District of California Probation Office

23   and Officer Jennifer Slaton, Mr. Doraiswamy's Houston Supervising Officer have informed

24   defense counsel that they do not object to the requested modifications,

25           IS HEREBY STIPULATED, by and between the parties to this action, that the terms of

26   Mr. Doraiswamy's Probation be modified to include the conditions that Mr. Doraiswamy be

1

1    supervised in the Western District of Washington, that Mr. Doraiswamy's wife not be notified of

2    Mr. Doraiswamy's conviction or supervison status, and that Mr. Doraiswamy be informed prior

3    to home visits by the Probation Officer.

4

5

6

7    Date    3/24/10                              /s/
                                                  John Paul Reichmuth
                                                  Assistant Federal Public Defender
8                                                 Counsel for defendant DORAISWAMY

9

10

11

12                                                /s/
     Date    03/24/10                             Stephen Corrigan
13                                                Assistant United States Attorney

14

15   I hereby attest that I have on file all holograph signatures for any signatures indicated by a

16   "conformed" signature (/s/) within this e-filed document.

17

18

19

20

21

22

23

24

25

26

ORDER

based on the stipulation of the parties, it is hereby ORDERED that the terms of Mr.

Doraiswamy's Probation be modified to include the conditions that Mr. Doraiswamy be

supervised in the Western District of Washington, that Mr. Doraiswamy's wife not be notified by

the Probation Office of Mr. Doraiswamy's conviction or supervison status, and that Mr.

Doraisawamy be informed prior to home visits by the Probation Officer.

IT IS SO ORDERED.

_March 25, 2010_
Date

HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

3